UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Andrew Mitchell, *et al.*,

    Plaintiffs,

                       Case No. 1:21cv626

    v.

                       Judge Michael R. Barrett

City of Cincinnati, *et al.*,

    Defendants.

## **AMENDED JUDGMENT ON AN ACCEPTED OFFER**

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68(a) judgment is entered in this case. Plaintiffs have accepted the offer of judgment made by the Defendants City of Cincinnati and individual defendant (Mayor John Cranley) served upon them on March 5, 2024. The offer of judgment in the amount of $75,000.00 each, in addition to Plaintiffs' reasonable attorney fees and costs incurred as of the date of this offer February 13, 2024, to be established by the Court, is against the aforementioned defendants.

    Judgment entered March 26, 2024.

                                                   Richard W. Nagel, Clerk
                                                   United States District Court
                                                   Southern District of Ohio

                                                   *s/Krista K. Zeller*
                                                   Krista K. Zeller, Courtroom Deputy