**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – at Cincinnati**

| | | |
|---|---|---|
| ANDREW MITCHELL, et. al. | : | Case No. 1:21-cv-00626-MRB |
| Plaintiffs | : | |
| v. | : | |
| CITY OF CINCINNATI, et. al. | : | |
| Defendants | : | |

## DECLARATION OF CHRISTOPHER WIEST IN SUPPORT OF MOTION FOR ATTORNEY FEES

Pursuant to 28 U.S.C. §1746, the undersigned, Christopher Wiest, Esq., makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Christopher Wiest, and I am, and have been, one of the Counsel for Plaintiffs, in relation to the above captioned matter.

2. I received my undergraduate degree from the University of Cincinnati 2000, and my law degree from the University of Cincinnati in 2004. I was admitted to practice law in Ohio in November, 2004, and Kentucky in May, 2005, and have actively practiced law in Ohio from 2004 to December 2016, and from January 2018 to the present, and Kentucky from 2005 to 2017, and from November 2018 to the present.

3. The hours requested in the fee application, by both myself, and my co-counsel, have been necessarily expended.

4. The fees requested comport with and are reasonable in light of the factors contained in the Ohio Rules of Professional Conduct 1.5 insofar as they accurately reflect the time and

1

labor required in the prosecution of this matter, the difficulty of the questions involved, the skill required to perform the work properly, comport with the fees charged by others for similar legal services, and are appropriate in light of the results obtained.

5. I am a member in good standing of the Kentucky and Ohio bar.  I am also licensed to practice law in the United States District Courts for the Western Districts of Kentucky, the Northern and Southern Districts of Ohio, the D.C. District Court, the D.C. Circuit Court of Appeals, and the United States Court of Appeals for the Sixth Circuit.

6. From 2004 to 2005, I practiced law as an Assistant Attorney General for the Ohio Attorney General's Office.  From 2005 to 2012, I practiced law with a large law firm's Cincinnati office.  Since 2012 (except from April 2017 through January 2018), I have been a solo practitioner, with an office in Crestview Hills, Kentucky and later Cincinnati, Ohio as well.

7. Since 2013 to the present, starting with the with the handling of *Kenny Brown, et. al. v. Kentucky LRC, et. al.*, 2:13-CV-00068 (EDKY) (*Brown*), I have handled a significant number of Constitutional matters in federal court, in both Ohio and Kentucky and the United States Court of Appeals for the Sixth Circuit, as lead counsel.  I have attached, as **Exhibit A**, a resume that outlines much of that experience.

8. As a consequence of the foregoing experience, Plaintiffs hired me and my firm to be their lead counsel in this matter.

9. In my current practice, I charge clients on a case-by-case basis, depending on the complexity, forum, and difficulty of the litigation.

10. The rate contained in the engagement agreement with Plaintiffs in this matter is consistent with the *Rubin* rates typically approved in this district.

11. The attorneys in this matter are seeking hourly rates in accordance with the matrix established by a committee established by Judge Rubin (known as the *Rubin* rates), which have been repeatedly affirmed by judges in this District.[1] As the Sixth Circuit has explained it, the *Rubin* Committee rates are "a list of pre-calculated billing rates tiered by years of experience" to determine a reasonable rate for the area. *Linneman v. Vita-Mix Corp.*, 970 F.3d 621, 630 (6th Cir. 2020). These rates are adjusted with a 4% per year cost of living adjustment from a base 1983 matrix. *QFS Transp., LLC*, 2023 U.S. Dist. LEXIS 61982; *Hunter*, No. 1:10-cv-820, 2013 U.S. Dist. LEXIS 141297, 2013 WL 5467751, at *17.

12. My hourly rate under the *Rubin* matrix is $566.36; I am seeking $565 in this matter, which is rounded down slightly.

13. It is my opinion, given my experience, circumstances, the work performed, and similar factors, that the prevailing market rates, for civil rights litigation in federal court, in the Southern District of Ohio, where this matter was filed, for an attorney with my experience and full circumstances, is $566.36 per hour, using the well established *Rubin* rates.

---

[1] *QFS Transp., LLC v. Huguely*, 2023 U.S. Dist. LEXIS 61982 (SDOH 2023); *Cooley v. Aevum Hotels, LLC*, No. 1:21-cv-00798, 2022 U.S. Dist. LEXIS 137958, 2022 WL 3042590, at *6 (S.D. Ohio Aug. 2, 2022); *Planned Parenthood Sw. Ohio Region v. Ohio Dep't of Health*, No. 1:21-cv-00189 (S.D. Ohio Apr. 8, 2021) (Doc. 22)7; *Ball v. Kasich*, No. 2:16-cv-282, 2020 U.S. Dist. LEXIS 100265, 2020 WL 3050241, at *2 (S.D. Ohio June 8, 2020); *Doe v. Ohio*, No. 2:91-cv-00464, 2020 U.S. Dist. LEXIS 24826, 2020 WL 728276, at *10 (S.D. Ohio Feb. 12, 2020); *Gibson v. Forest Hills Sch. Dist. Bd. of Educ.*, No. 1:11-cv-329, 2014 U.S. Dist. LEXIS 96112, 2014 WL 3530708, at *6 (S.D. Ohio July 15, 2014); *Hunter v. Hamilton Cty. Bd. of Elections*, No. 1:10-cv-820, 2013 U.S. Dist. LEXIS 141297, 2013 WL 5467751, at *17 (S.D. Ohio Sept. 30, 2013); *Georgia-Pacific LLC v. Am. Int'l Specialty Lines Ins. Co.*, 278 F.R.D. 187, 192 (S.D. Ohio 2010) (citing *West v. AK Steel Corp. Retirement Accumulation Pension Plan*, 657 F. Supp. 2d 914, 932 n.4 (S.D. Ohio 2009)).

14. I likewise exercised billing judgment at the time the work was recorded. For instance, I did not record every short assignment or phone call. I have reviewed each time entry, and made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary. Thus, compensation is not sought for all of the work performed. All time is entered on the case contemporaneous with the work that was performed.

15. In fact, I removed, on my own, 12.2 hours of time that I thought might raise questions of reasonableness.

16. I also want to mention that this matter was litigated in a reasonable way.

17. Attached as **Exhibit B**, hereto, is a complete copy of my time entries and bills for the above captioned matter in the District Court and Sixth Circuit.

18. These invoices contain time and expenses through February 13, 2024.

19. In total, the attached invoices reflect total hours spent in this matter of 130.6 hours. Thus, total attorney fee time at $565 per hour is $73,789. Total expenses include $514.10, which are reasonable and customary charges to paying clients. The total request, at this time, for my time and firm's expenses is thus $74,303.10, and is reasonable and appropriate for this matter.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on ___4-12-2024___.     _____
                                 Christopher Wiest

# Christopher D. Wiest
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011
859/486-6850(v) 513/257-1895(c)
*chris@cwiestlaw.com*

**EXPERIENCE**

**Current: Chris Wiest, Attorney at Law, PLLC, Covington, Kentucky; Cincinnati, Ohio**

<u>Litigation:</u>
-Federal and constitutional law matters, including:
- Serve as lead or co-counsel in numerous civil rights cases including:
    - *Doster v. Kendall*, 54 F.4th 398 (6th Cir. 2022) (class certification and affirmance of national class for RFRA/First Amendment claims related to religious exemptions for COVID-19 vaccine mandate);
    - *Fischer v. Thomas*, 52 F.4th 303 (6th Cir. 2022) (injunction pending appeal granted related to First Amendment challenge of Kentucky judicial canons);
    - *Sisters For Life, Inc. v. Louisville-Jefferson Cnty.*, 56 F.4th 400 (6th Cir. 2022) (reversal of denial of preliminary injunction over First Amendment claims related to abortion clinic buffer zone ordinance);
    - *MCP No. 165 v. United States DOL*, 20 F.4th 264 (6th Cir. 2021) (challenge to OSHA vaccine mandate)
    - *Roberts v. Neace*, 958 F.3d 595 (6th Cir. 2020) (obtained injunction pending appeal in a published decision that found a First Amendment Free Exercise violation, and re-opened in person worship in the Commonwealth of Kentucky in the midst of COVID-19, in a decision that has since been cited repeatedly by the United States Supreme Court);
    - *Winter v. Wolnitzek*, 834 F.3d 681 (6th Cir. 2016) (lead counsel in a successful First Amendment challenge to Kentucky's Judicial Canons);
    - *Russell v. Grimes*, 784 F.3d 1037 (6th Cir. 2015) (lead counsel, First Amendment Electioneering case);
    - *Bosarge v. Edney*, 2023 U.S. Dist. LEXIS 67439 (SDMS 2023) (preliminary injunction granted on First Amendment Free Exercise claim);
    - *Schelske v. Austin*, 2022 U.S. Dist. LEXIS 229432 (NDTX 2022) (preliminary injunction granted on First Amendment Free Exercise/RFRA claim);
    - *Coleman v. Winbigler*, 2022 U.S. Dist. LEXIS 125562 (EDKY 2022) (preliminary injunction granted in one-person, one-vote equal protection challenge);
    - *Massie v. Pelosi,* 1:21-cv-02023 (DCD 2021) (Representation of 3 members of Congress in challenge to fines under the 27th Amendment and other federal constitutional claims);
    - *Mazer v. D.C. Department of Health*, 1:21-cv-01782 (DCD 2021) (Constitutional challenge to DC's minor vaccination consent law based on the fundamental right to parent and make medical decisions for minors);
    - *Roberts v. Neace,* 457 F. Supp.3d 595 (EDKY 2020) (finding Governor's COVID-19 travel ban unconstitutional and enjoining same);
    - *Ramsek v. Beshear*, 468 F. Supp.3d 904 (EDKY 2020) (finding Governor's gathering ban, as applied to political gatherings, unconstitutional under the First Amendment); *Ramsek v. Beshear*, 989 F.3d 494 (6th Cir. 2021) (finding Governor's appeal moot).

- o *Kohler v. City of Cincinnati*, 2021 U.S. Dist. LEXIS 76457 (SDOH 2021) (reverse race discrimination case under the Equal Protection Clause, challenging a 40-year-old race and sex quota consent decree in Cincinnati police hiring);
- o *Hils, et. al. v. Davis, et. al.*, 1:21-cv-00475 (SDOH 2021) (Freedom of the Press case involving right of police to record their interviews with the City of Cincinnati Citizen Complaint Authority);
- o *Cooperrider v. Beshear*, 3:21-cv-00012 (EDKY 2021) (representation of private citizens who petitioned for the impeachment of the Governor in First Amendment challenge to the punitive imposition of "costs" and attorney fees as punishment for doing so);
- o *Beshear v. Acree*, 615 SW 3d 780 (Ky. 2020) (representation of business in challenges under state constitutional to Governor's emergency executive powers).
- o *Sweeney v. Crigler,* 457 F.Supp.3d 577 (EDKY 2020) (obtained preliminary injunction in favor of third parties and independent candidates upon challenges to Kentucky's ballot access laws);
- o *Daly v. Neil*, 1:18-cv-00346 (SDOH 2018) (lead counsel, Second Amendment challenge to Ohio's concealed carry requirement for a firearm in a private motor vehicle);
- o *Brooksbank v. Koch,* 3:16-cv-668 (WDKY 2016) (served as lead trial counsel in 3-day jury trial against Kentucky State Trooper for violations of the Fourth and First Amendments, obtained verdict in client's favor);
- o *Schickel v. Dilger*, 2017 U.S. Dist. LEXIS 86555 (EDKY 2017) (lead counsel, First Amendment challenge to campaign finance and legislative ethics laws);
- o *Hunter v. Hamilton County, et. al.,* 1:15-cv-00540 (SDOH 2015) (lead counsel, defense of private attorneys retained by county to represent former judge in wide-ranging civil rights claims against attorneys and judges by that former judge);
- o *USA v. $11,000.00 in United States Currency*, 2:14-cv-00125, EDKY 2014 (serve as co-counsel with Institute for Justice attorneys on challenge to civil asset forfeiture by the United States; obtained the funds in question for the client as a resolution to the case and national press shut down civil asset forfeiture for approximately a year);
- o *Brown, et. al. v. Kentucky LRC, et. al.*, EDKY, 2:13-cv-0068 (lead counsel, Kentucky redistricting suit)

Past Experience:

**Thompson Hine, LLP**, Cincinnati, Ohio.
Associate, September, 2005-July, 2012.

**Ohio Attorney General's Office**, Columbus, Ohio.
Assistant Attorney General, September 2004-2005.

**EDUCATION**

**University of Cincinnati College of Law**, Cincinnati, Ohio.
J.D., May 2004, *Order of the Coif*.
**Honors and Activities**:
-*University of Cincinnati Law Review*; Editorial Board 2003-04; Associate Member 2002-2003.
-Elected to the *Order of the Coif*.
**University of Cincinnati College of Business**, Cincinnati, Ohio.
Bachelor of Business Administration, December, 2000.

Christopher Wiest
Page 3

**ADMISSIONS**

Supreme Court of Ohio, 2004
Supreme Court of Kentucky, 2005
U.S. Court of Appeals for the D.C. Circuit, 2004
U.S. Court of Appeals for the Sixth Circuit, 2004
U.S. Court of Appeals for the Second Circuit, 2023
U.S. Court of Appeals for the Fourth Circuit, 2023
U.S. District Court for the Northern District of Ohio, 2004
U.S. District Court for the Southern District of Ohio, 2005
U.S. District Court for the Eastern District of Kentucky, 2006
U.S. District Court for the Western District of Kentucky, 2006
U.S. District Court for the D.C. District, 2021

Chris Wiest, Atty at Law, PLLC

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

# Statement of Services

| Date | Invoice # |
|---|---|
| 2/13/2024 | 1188 |

| Bill To |
|---|
| Mitchell/Schofield |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/23/2021 | Call with clients and ZG re: case and claims(0.8); Began drafting complaint (4.4) | 5.2 | 565.00 | 2,938.00 |
| 9/24/2021 | Draft, edit, and research Complaint | 2.4 | 565.00 | 1,356.00 |
| 9/27/2021 | Draft complaint | 3.4 | 565.00 | 1,921.00 |
| 9/28/2021 | Draft and research TRO/PI Motion. | 5.7 | 565.00 | 3,220.50 |
| 9/28/2021 | Proof complaint for filing. | 0.6 | 565.00 | 339.00 |
| 9/28/2021 | Prepare summons and civil cover for filing. | 0.4 | 565.00 | 226.00 |
| 9/29/2021 | Draft email to city re: agreed restraining order. | 0.3 | 565.00 | 169.50 |
| 9/29/2021 | Finalize and proof TRO/PI | 1.6 | 565.00 | 904.00 |
| 10/18/2021 | Draft outline for depostions of Chief Isaac and Lt Col Theetge (research case law as needed to support outline). | 4.1 | 565.00 | 2,316.50 |
| 10/20/2021 | Attend deposition of Chief Isaac. | 2.1 | 565.00 | 1,186.50 |
| 10/21/2021 | Attend deposition of Lt Col Theetge. | 2.4 | 565.00 | 1,356.00 |
| 10/26/2021 | Prepare for PI hearing. | 4.7 | 565.00 | 2,655.50 |
| 10/27/2021 | Prepare for PI hearing (3.3); attend and participate in PI hearing (4.6) | 7.9 | 565.00 | 4,463.50 |
| 11/3/2021 | Review transcript from hearing and incorporate into findings of fact and conclusions of law (2.3); additional legal research into conclusions of law (4.4). | 6.7 | 565.00 | 3,785.50 |
| 11/14/2021 | Review order from court (0.7); draft notice of appeal and motion for stay in district court (0.3) | 1 | 565.00 | 565.00 |
| 11/15/2021 | Draft IPA, edit, research, and finalize same. | 5.4 | 565.00 | 3,051.00 |
| 12/17/2021 | Prepare corporate disclosure statement (0.2) and statement of parties and issues in Sixth Circuit (0.6) | 0.8 | 565.00 | 452.00 |
| 12/28/2021 | Draft mediation statement. | 0.6 | 565.00 | 339.00 |
| 2/1/2022 | Draft and edit Brief, Sixth Circuit (fact section) | 3.2 | 565.00 | 1,808.00 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

Page 1

Exhibit B

Chris Wiest, Atty at Law, PLLC

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

# Statement of Services

| Date | Invoice # |
|---|---|
| 2/13/2024 | 1188 |

| Bill To |
|---|
| Mitchell/Schofield |

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/2/2022 | Draft, edit, and research Brief, Sixth Circuit | 4.4 | 565.00 | 2,486.00 |
| 2/4/2022 | Draft, edit, and research Brief, Sixth Circuit | 5.2 | 565.00 | 2,938.00 |
| 2/6/2022 | Draft, edit, and research Brief, Sixth Circuit | 4.6 | 565.00 | 2,599.00 |
| 2/24/2022 | Draft and edit brief (tables), Sixth Circuit | 2.6 | 565.00 | 1,469.00 |
| 2/28/2022 | Finalize and proof opening brief, Sixth Circuit | 1.6 | 565.00 | 904.00 |
| 3/30/2022 | Review City Brief and analyze same for reply | 1.8 | 565.00 | 1,017.00 |
| 4/1/2022 | Draft, edit, and research reply brief in Sixth Circuit | 4.2 | 565.00 | 2,373.00 |
| 4/4/2022 | Draft, edit, and research reply brief in Sixth Circuit | 3.8 | 565.00 | 2,147.00 |
| 4/5/2022 | Draft, edit, and research reply brief in Sixth Circuit | 2.7 | 565.00 | 1,525.50 |
| 4/7/2022 | Started working on discovery to City and Norris | 2.2 | 565.00 | 1,243.00 |
| 4/8/2022 | Started working on discovery to City and Norris. | 3.2 | 565.00 | 1,808.00 |
| 4/11/2022 | Review draft from TSB/Cindy, draft, edit, and research Reply Brief | 1.1 | 565.00 | 621.50 |
| 4/12/2022 | Review draft from TSB/Cindy, draft, edit, and research Reply Brief | 5.4 | 565.00 | 3,051.00 |
| 4/18/2022 | Review brief revisions from LTL and revise same; revise tables of contents. | 2.7 | 565.00 | 1,525.50 |
| 4/19/2022 | Final proof of Reply brief, and complete tables of cases. Finalize brief | 3.2 | 565.00 | 1,808.00 |
| 4/26/2022 | Draft discovery to City and Norris | 2.4 | 565.00 | 1,356.00 |
| 4/27/2022 | Draft, revise, and edit discovery to City and Norris | 1.4 | 565.00 | 791.00 |
| 4/29/2022 | Draft, revise, and edit discovery to City and Norris | 2.4 | 565.00 | 1,356.00 |
| 7/8/2022 | Draft discovery letter. | 0.2 | 565.00 | 113.00 |
| 7/13/2022 | Prepare for oral argument - 6th Circuit | 3.4 | 565.00 | 1,921.00 |
| 7/14/2022 | Prepare for oral argument  - 6th Circuit | 3.2 | 565.00 | 1,808.00 |
| 7/15/2022 | Oral argument  - 6th Circuit | 1.1 | 565.00 | 621.50 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

# Statement of Services

Chris Wiest, Atty at Law, PLLC

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

| Date | Invoice # |
|---|---|
| 2/13/2024 | 1188 |

| Bill To |
|---|
| Mitchell/Schofield |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/29/2022 | Follow up re: discovery | 0.2 | 565.00 | 113.00 |
| 9/29/2022 | Draft letters re: discovery. | 0.5 | 565.00 | 282.50 |
| 9/30/2022 | Review Sixth Circuit decision. | 0.8 | 565.00 | 452.00 |
| 10/24/2022 | attend to court (teleconference) | 0.2 | 565.00 | 113.00 |
| 12/5/2022 | Settlement conference with Judge Barrett | 4.4 | 565.00 | 2,486.00 |
| 4/26/2023 | Email to city with settlement proposal. | 0.6 | 565.00 | 339.00 |
| 7/11/2023 | Draft email to court | 0.4 | 565.00 | 226.00 |
| 7/12/2023 | Court conference | 0.5 | 565.00 | 282.50 |
| 7/17/2023 | Call with court re: settlement issues. | 0.6 | 565.00 | 339.00 |
| 2/13/2024 | Review offers of judgment (0.4), conference with co-counsel re: same. (0.7) | 1.1 | 565.00 | 621.50 |
| 9/29/2021 | Filing fee |  | 402.00 | 402.00 |
| 3/8/2022 | PACER charges |  | 112.10 | 112.10 |
|  | Total Reimbursable Expenses |  |  | 514.10 |

**Total** $74,303.10

**Payments/Credits** $0.00

**Balance Due** $74,303.10

| Phone # | Fax # | E-mail |
|---|---|---|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |