**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – at Cincinnati**

| | | |
|---|---|---|
| ANDREW MITCHELL, et. al. | : | Case No. 1:21-cv-00626-MRB |
|     Plaintiffs | : | |
| v. | : | |
| CITY OF CINCINNATI, et. al. | : | |
|     Defendants | : | |

**DECLARATION OF ZACHARY GOTTESMAN IN**
**SUPPORT OF MOTION FOR ATTORNEY FEES**

Pursuant to 28 U.S.C. §1746, I, Zachary Gottesman, Esq., make the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Zachary Gottesman, and I am, and have been, one of the Counsel for Plaintiffs, in relation to the above captioned matter.

2. I received my undergraduate degree from the Depauw University in 1989, and my law degree from the University of Dayton School of Law in 1992. I was admitted to practice law in Ohio in 1992, and Kentucky in May of 1996, and have actively practiced law in Ohio from 1992 to the present, and Kentucky from 1996 to the present.

3. The hours requested in the fee application, by both myself, and my co-counsel, have been reasonably and necessarily expended.

4. The fees requested comport with and are reasonable in light of the factors contained in the Ohio Rules of Professional Conduct 1.5 insofar as they accurately reflect the time and labor required in the prosecution of this matter, the difficulty of the questions involved,

5. the skill required to perform the work properly, comport with the fees charged by others for similar legal services, and are appropriate in light of the results obtained.

5. I am a member in good standing of the Kentucky and Ohio bar. I am also licensed to practice law in the United States District Courts for the Eastern and Western Districts of Kentucky, the Southern District of Ohio, the Southern District Court of Indiana, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

6. During my final year of law school, I was a Judicial Clerk for the Hon. Lee Bixler, the presiding judge in the Darke County Court of Common Pleas and a visiting judge in the Montgomery County Court of Common Pleas. From 1992 to 1994, I practiced law with a large law firm's Cincinnati office. From 1995 to 1999 I was a partner in Gottesman & Kircher. From 1999 to the present, I have had my own firm with 1-3 associates with an office in Cincinnati, Ohio as well.

7. Since 1996 to the present, starting with the with the handling of *Kevin Booher v. Northern Kentucky University*, Case No. 2:96-cv-00135-JBC-JBJ, I have handled a significant number of Constitutional matters in federal court, in both Ohio and Kentucky and the United States Court of Appeals for the Sixth Circuit, as lead counsel. I have extensive experience representing Cincinnati Police Officers and other law enforcement personnel in employment related matters.

8. As a consequence of the foregoing experience, Plaintiffs hired me and my firm to be their lead counsel in this matter.

9. In my current practice, I charge clients on a case-by-case basis, depending on the complexity, forum, and difficulty of the litigation.

10. The rate contained in the engagement agreement with Plaintiffs in this matter is consistent with the *Rubin* rates typically approved in this district.

11. The attorneys in this matter are seeking hourly rates in accordance with the matrix established by a committee established by Judge Rubin (known as the *Rubin* rates), which have been repeatedly affirmed by judges in this District.[1] As the Sixth Circuit has explained it, the *Rubin* Committee rates are "a list of pre-calculated billing rates tiered by years of experience" to determine a reasonable rate for the area. *Linneman v. Vita-Mix Corp.*, 970 F.3d 621, 630 (6th Cir. 2020). These rates are adjusted with a 4% per year cost of living adjustment from a base 1983 matrix. *QFS Transp., LLC*, 2023 U.S. Dist. LEXIS 61982; *Hunter*, No. 1:10-cv-820, 2013 U.S. Dist. LEXIS 141297, 2013 WL 5467751, at *17.

12. My hourly rate under the *Rubin* matrix is $640.81; I am seeking $641/hr. in this matter, which is rounded up slightly.

13. It is my opinion, given my experience, circumstances, the work performed, and similar factors, that the prevailing market rates, for civil rights litigation in federal court, in the Southern District of Ohio, where this matter was filed, for an attorney with my

---

[1] *QFS Transp., LLC v. Huguely*, 2023 U.S. Dist. LEXIS 61982 (SDOH 2023); *Cooley v. Aevum Hotels, LLC*, No. 1:21-cv-00798, 2022 U.S. Dist. LEXIS 137958, 2022 WL 3042590, at *6 (S.D. Ohio Aug. 2, 2022); *Planned Parenthood Sw. Ohio Region v. Ohio Dep't of Health*, No. 1:21-cv-00189 (S.D. Ohio Apr. 8, 2021) (Doc. 22)7; *Ball v. Kasich*, No. 2:16-cv-282, 2020 U.S. Dist. LEXIS 100265, 2020 WL 3050241, at *2 (S.D. Ohio June 8, 2020); *Doe v. Ohio*, No. 2:91-cv-00464, 2020 U.S. Dist. LEXIS 24826, 2020 WL 728276, at *10 (S.D. Ohio Feb. 12, 2020); *Gibson v. Forest Hills Sch. Dist. Bd. of Educ.*, No. 1:11-cv-329, 2014 U.S. Dist. LEXIS 96112, 2014 WL 3530708, at *6 (S.D. Ohio July 15, 2014); *Hunter v. Hamilton Cty. Bd. of Elections*, No. 1:10-cv-820, 2013 U.S. Dist. LEXIS 141297, 2013 WL 5467751, at *17 (S.D. Ohio Sept. 30, 2013); *Georgia-Pacific LLC v. Am. Int'l Specialty Lines Ins. Co.*, 278 F.R.D. 187, 192 (S.D. Ohio 2010) (citing *West v. AK Steel Corp. Retirement Accumulation Pension Plan*, 657 F. Supp. 2d 914, 932 n.4 (S.D. Ohio 2009)).

experience and full circumstances, is $641 per hour, using the well-established Rubin rates.

14. I likewise exercised billing judgment at the time the work was recorded. For instance, I did not record every short assignment or phone call. I have reviewed each time entry and made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary. Thus, compensation is not sought for all of the work performed. All time is entered on the case contemporaneous with the work that was performed.

15. In fact, I removed and reduced, on my own, several hours of time that I thought might raise questions of reasonableness.

16. I also want to mention that this matter was litigated in a reasonable way.

17. Attached as **Exhibit A**, hereto, is a complete copy of my time entries and bills for the above captioned matter in the District Court and Sixth Circuit.

18. These invoices contain time and expenses through February 13, 2024.

19. In total, the attached invoices reflect total hours spent in this matter of 135.9 hours. Thus, total attorney fee time at $641 per hour is $87,111.90. Total expenses include $2,507.30, which are reasonable and customary charges to paying clients. The total request, at this time, for my time and firm's expenses is thus $89,619.20, and is reasonable and appropriate for this matter.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on 4/11/24.

Zachary Gottesman

4

# Gottesman & Associates, LLC

**INVOICE**

9200 Montgomery Road, Bldg. E, Suite 18B
Cincinnati, OH 45242
United States
Phone: 513/651-2121

Invoice # 657
Date: 04/12/2024
Due Upon Receipt

Andrew Mitchell

**Mitchell/Schofield v. City of Cincinnati, et al.**

## Services

| Attorney | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| ZG | 09/13/2021 | Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: potential legal issue surrounding promotion of Lt. Norris using racist, illegal consent decree; Review Civil Service records for promotion eligibility list; Review docket of relate Kohler case pending before Judge Dlott; Review Hamilton County Clerk of Courts website for Consent Decree | 3.30 | $641.00 | $2,115.30 |
| ZG | 09/17/2021 | Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: legal strategy, letter to A. Garth and P. Muething and injunctive relief | 0.80 | $641.00 | $512.80 |
| ZG | 09/24/2021 | Telephone call with Lt. Mitchell and Lt. Schofield re: promotion, consent decree and letter to the A. Garth/ City Law Dept/City Manager/P. Muething. Prepare email to A. Mitchell and D. Schofield re: proposed letter; Edit letter to A. Garth. | 2.50 | $641.00 | $1,602.50 |
| ZG | 09/28/2021 | Prepare email with Proposed Complaint and Verifications to A. Mitchell and d. Schofield; Receive and review email from A. MItchell; Receive and review email for D. Schofield. | 2.30 | $641.00 | $1,474.30 |
| ZG | 09/29/2021 | Receive and review Notice from cm/ecf confirming filing of complaint and Motion for Preliminary Injunction; Telephone call with Judge Barrett's chambers re: scheduling call; Prepare email to A. Garth, E. Woerner re: hearing. | 0.80 | $641.00 | $512.80 |
| ZG | 09/30/2021 | Prepare for and attend Telephone Status Conference; Prepare and file Notice of Correction re: opening for promotion. | 1.90 | $641.00 | $1,217.90 |
| ZG | 10/01/2021 | Prepare email to A. Mitchell and D. Schofield re: status conference, scheduling and next steps. | 0.50 | $641.00 | $320.50 |
| ZG | 10/07/2021 | Prepare for and attend Status Report, Scheduling Conference with Judge Barrett; | 1.40 | $641.00 | $897.40 |
| ZG | 10/07/2021 | Prepare email to A. Mitchell and D. Schofield re: same; Evaluate witnesses, exhibits or discovery for Preliminary Injunction hearing. | 3.80 | $641.00 | $2,435.80 |

| | | | | | |
|---|---|---|---|---|---|
| ZG | 10/12/2021 | Edit, finalize and file Return of Service on J. Cranley and City of Cincinnati. | 0.40 | $641.00 | $256.40 |
| ZG | 10/12/2021 | Prepare email to W. Hicks re: deposition of Chief Isaac and Lt. Col. Theetge scheduling. | 0.40 | $641.00 | $256.40 |
| ZG | 10/13/2021 | Telephone call with W. Hicks re: depositions and evidentiary materials for hearing. | 0.70 | $641.00 | $448.70 |
| ZG | 10/15/2021 | Prepare for and attend Status Conference with Judge Barrett. | 1.10 | $641.00 | $705.10 |
| ZG | 10/18/2021 | Prepare for deposition of E. Isaac. | 2.00 | $641.00 | $1,282.00 |
| ZG | 10/19/2021 | Prepare for and attend the deposition of Chief E. Issac; | 3.20 | $641.00 | $2,051.20 |
| ZG | 10/19/2021 | Receive and review Notice of Appearance by D. Bailey; Receive and review email from D. Bailey; Prepare and review exhibits for deposition; Receive and review email from D. Bailey re: Notice of Appearance and attendance at depostion; Receive and review email from W. Hicks re: same. | 2.00 | $641.00 | $1,282.00 |
| ZG | 10/20/2021 | Prepare for and attend deposition of Lt. Col. Theetge. | 3.70 | $641.00 | $2,371.70 |
| ZG | 10/21/2021 | Telephone call with Judge Barrett's chambers re: status conference; Telephone call with W. Hicks re: status conference and hearing; Prepare email to W. Hicks and D. Bailey re: status conference; Research legal issue re: standing issues from B. Norris. | 3.70 | $641.00 | $2,371.70 |
| ZG | 10/22/2021 | Prepare for and attend Status Conference with Judge Barrett | 1.20 | $641.00 | $769.20 |
| ZG | 10/26/2021 | Prepare for hearing on TRO; Review deposition transcripts; Prepare outline for examination of Chief Isaac and Lt. Col Theetge. | 4.50 | $641.00 | $2,884.50 |
| ZG | 10/27/2021 | Review and edit proposed findings of fact and conclusion of law; Prepare for and attend TRO hearing before Judge Barrett; Prepare email to Lt. A. Mitchell and Lt. D. Schofield re: depositions of Theetge and Isaac. | 9.00 | $641.00 | $5,769.00 |
| ZG | 11/02/2021 | Prepare and file Notice of Filing deposition of T. Theetge. | 0.80 | $641.00 | $512.80 |
| ZG | 11/04/2021 | Review and edit Proposed Findings of Fact and Conclusions of Law; Review transcript of Preliminary Injunction Hearing. | 2.50 | $641.00 | $1,602.50 |
| ZG | 11/05/2021 | Receive and review Defendant's Proposed Findings of Fact and Conclusion of Law; Receive and review Findings of Fact from D. Bailey; Prepare email to A. Mitchell and D. Schofield re: same; | 2.70 | $641.00 | $1,730.70 |
| ZG | 11/14/2021 | Receive and review Order from Judge Barrett denying Motion for Preliminary Injunction; | 1.30 | $641.00 | $833.30 |
| ZG | 11/14/2021 | Evaluate legal issues re: Injunction Pending Appeal; Prepare email to A. Mitchell and D. Schofield re: same; Review Notice of Appeal and Motion for IPA | 3.70 | $641.00 | $2,371.70 |

| | | | | | |
|---|---|---|---|---|---|
| ZG | 11/15/2021 | Draft, edit and file Notice of Appearance in 6th Cir. for interlocutory appeal; Receive and review Notice (x7) from CA06 re: case docketed, appearance by C. Wiest, Transcript Order, Motion for Injunction Pending Appeal, briefing letter, ;Review and approve Motion for Injunction Pending Appeal; Receive and review Notice from CMECF re: Denial of IPA by Judge Barrett | 4.40 | $641.00 | $2,820.40 |
| ZG | 11/16/2021 | Receive and review Notice from CM/ECF re: Case Manager and NOA; Receive and review Notice from CAO6 re: Defendants' request for extension of time to respond to emergency Motion, Notice of Appearance by T. Bruns, Scheduling Mediator Call; Telephone call with Lt. A Mitchell and Lt. D. Schofield re: federal mediation, City's promotion of Lt. Norris based on race, Vitolo and legal basis for Motion. | 4.10 | $641.00 | $2,628.10 |
| ZG | 11/23/2021 | Telephone call with W. Hicks re: status and settlment conference; Receive and review numerous emails re: 6th Cir. Mediation process. | 1.60 | $641.00 | $1,025.60 |
| ZG | 11/26/2021 | Receive and review Response in Opposition to Motion for IPA; Receive and review Notice from CA06 re: Notice of Appearance by D. Bailey and Response to Motion for IPA filed by Lt. B. Norris; Prepare email to Lt. A. Mitchell and Lt. D. Schofield re: Response and flaws in arguments by D. Bailey; Evaluate reply issues. | 2.90 | $641.00 | $1,858.90 |
| ZG | 11/30/2021 | Receive and review Decision on IPA from 6th Circuit; Prepare email to A. Mitchell and D. Schofield; Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: Decision by 6th Circuit denying Motion for IPA. | 2.70 | $641.00 | $1,730.70 |
| ZG | 12/01/2021 | Receive and review email from Lt. A. Mitchell re: adverse decision; Telephone call with Lt. A. Mitchell; Receive and review Notice from CA06 re: Notice of Appearance by W. Hicks, E. Woerner, Corporate Disclosure Cert. | 0.90 | $641.00 | $576.90 |
| ZG | 12/02/2021 | Receive and review email 6th Cir. Mediation service re: Mediation, potential for success and schedule; Receive and review Notice from CA06 re: briefing letter from mediation office, | 0.90 | $641.00 | $576.90 |
| ZG | 12/17/2021 | Review and approve Civil Appeal Statement of Parties and Issues; Receive and review Notice from CA06 re: Corp. Disc. Statment, | 0.50 | $641.00 | $320.50 |
| ZG | 12/28/2021 | Review and approve Plaintiffs' Mediation Statement. | 0.70 | $641.00 | $448.70 |
| ZG | 01/12/2022 | Receive and review Notice from CA06 re: cancellation of mediation; Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: cancellation of mediation and City's continued refusal to acknowledge illegal unconstitutional hiring/promotion actions. | 1.30 | $641.00 | $833.30 |
| ZG | 01/24/2022 | Telephone call with C. Wiest re: extension of time for brief; Receive and review Notice from CA06 re: filing of Motion for extension to file brief; Telephone call with Lt. Mitchell and Lt. Schofield re: extension. | 0.50 | $641.00 | $320.50 |

| | | | | | |
|---|---|---|---|---|---|
| ZG | 02/06/2022 | Receive and review email from C. Wiest re: First draft of Appellant's brief; Review and edit brief. | 2.70 | $641.00 | $1,730.70 |
| ZG | 02/22/2022 | Continued review of Appellants' Brief | 3.00 | $641.00 | $1,923.00 |
| ZG | 02/28/2022 | Review and edit Appellants' Brief | 2.70 | $641.00 | $1,730.70 |
| ZG | 02/28/2022 | Final review and edit of Appellants' Brief; Telephone call with C. Wiest; Telephone call with Lt. A. Mitchell and Lt. D. Schofield. | 4.20 | $641.00 | $2,692.20 |
| ZG | 03/22/2022 | Receive and review Notice from CMECF re: Notice of Hearing on 3/31; Telephone call with C. Wiest re: same. | 0.20 | $641.00 | $128.20 |
| ZG | 03/30/2022 | Receive and review Notice from CA06 re: filing of Appellees' Brief (x2); Receive and review Appellees' Brief; Prepare email to Lt. A. Mitchell and Lt. D. Schofield re: Appellees' Brief and | 3.00 | $641.00 | $1,923.00 |
| ZG | 03/31/2022 | Receive and review Notice from CA06 re: filing of corrected Appellees' Brief; Telephone scheduling conference with Judge Barrett | 2.60 | $641.00 | $1,666.60 |
| ZG | 04/06/2022 | Telephone call with C. Wiest re: proposed scheduling order; Receive and review email from C. Wiest re: same | 0.40 | $641.00 | $256.40 |
| ZG | 04/13/2022 | Receive and review email from C. Wiest re: Reply Brief; Review Reply brief and evaluate further work for tables and legal research; Telephone call with L. Longtin re: research and tables. | 1.40 | $641.00 | $897.40 |
| ZG | 04/16/2022 | Telephone call with L. Longtin re: research and tables and status of brief. Receive and review email from C. Wiest re: irreparable harm and further work required to complete Reply brief. | 1.40 | $641.00 | $897.40 |
| ZG | 04/16/2022 | Telephone call with L. Longtin re: research and tables and status of brief. Receive and review email from C. Wiest re: irreparable harm and further work required to complete Reply brief. | 1.40 | $641.00 | $897.40 |
| ZG | 04/18/2022 | Continue review and edit of Reply Brief; continue legal research re: 6th Circuit cases on irreparable harm. | 4.10 | $641.00 | $2,628.10 |
| ZG | 04/19/2022 | Receive and review Notice from CA06 re: filing of Reply Brief; Review and finalize brief; Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: Reply Brief; Telephone call with L. Longtin and C. Wiest re: final edits and filing of brief. | 1.30 | $641.00 | $833.30 |
| ZG | 04/28/2022 | Receive and review email from C. Wiest re: proposed discovery for Defendants; Review and approve discovery requests; Evaluate discovery issues; Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: discovery issues | 2.50 | $641.00 | $1,602.50 |
| ZG | 05/26/2022 | Receive and review Notice from CA06 re: Letter from C. Wiest re: unavailable dates; Telephone call with C. Wiest re: availability. | 0.20 | $641.00 | $128.20 |

| | | | | | |
|---|---|---|---|---|---|
| ZG | 06/27/2022 | Receive and review Notice from CA06 re: orientation for video argument | 0.10 | $641.00 | $64.10 |
| ZG | 07/08/2022 | Receive and review email from C. Wiest to Defendants re: deficiencies; Telephone call with C. Wiest and W. Hicks re: same | 0.30 | $641.00 | $192.30 |
| ZG | 07/15/2022 | Prepare for oral argument before the 6th Circuit Court of appeals; Review trial court pleadings; Review appellate briefs; Receive and review email from D. Bailey re: discovery issues. | 3.40 | $641.00 | $2,179.40 |
| ZG | 08/29/2022 | Receive and review Notice from CMECF re: Motion to Intervene; Receive and review email from C. Wiest to D. Bailey and E. Woerner re: discovery issues. | 0.40 | $641.00 | $256.40 |
| ZG | 09/07/2022 | Receive and review from D. Bailey re: discovery issues. | 0.20 | $641.00 | $128.20 |
| ZG | 09/12/2022 | Receive and review Notice from CMECF re: Notice of Hearing/Discovery Conference set from 9/20; Telephone call with W. Hicks re: discovery issues and City's failure to respond | 0.80 | $641.00 | $512.80 |
| ZG | 09/20/2022 | Receive and review Notice from CM/ECF re: Notice Terminating Deadlines; Prepare for and attend Discovery conference with J. Barrett | 0.30 | $641.00 | $192.30 |
| ZG | 09/29/2022 | Receive and review Decision and Order from 6th Circuit Court of Appeals; Prepare email to D. Schofield and A. Mitchell. | 1.10 | $641.00 | $705.10 |
| ZG | 09/30/2022 | Receive and review Notice from CA06 re: decision from 6th Circuit affirming trial court's decision | 0.50 | $641.00 | $320.50 |
| ZG | 10/11/2022 | Receive and review Notice from CMECF re: Notice of Discovery Conference on 10/21 | 0.10 | $641.00 | $64.10 |
| ZG | 10/24/2022 | Receive and review Notice from CA06 re: Issuance of Mandate; Receive and review email from K. Zeller re: Status conference | 0.30 | $641.00 | $192.30 |
| ZG | 11/03/2022 | Receive and review Notice from CM/ECF re: Minute Entry re: discovery conference and mediation scheduled; Prepare email to Lt. A. Mitchell and Lt. D. Schofield re: mediation and discovery conference; Telephone call with clients re: same | 0.70 | $641.00 | $448.70 |
| ZG | 11/29/2022 | Receive and review email from L. Littleton re: mediation issues including Sgt. Kohler's pending case before Judge Dlott; Prepare email to L. Littleton; Telephone call with C. Wiest re: response to Littleton email. | 3.60 | $641.00 | $2,307.60 |
| ZG | 12/05/2022 | Prepare for and attend Mediation with Judge Barrett. | 5.50 | $641.00 | $3,525.50 |
| ZG | 05/18/2023 | Receive and review Notice from CMECF re: status conference with Judge Barrett | 0.10 | $641.00 | $64.10 |
| ZG | 07/11/2023 | Receive and review email from E. Gildenblatt re: progress/status since mediation conference; Telephone call with C. Wiest re: response; Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: settlement posture and pressure on City and Court | 0.80 | $641.00 | $512.80 |

| | | | | | |
|---|---|---|---|---|---|
| ZG | 07/12/2023 | Prepare for and attend telephone status conference with Judge Barrett re: failed settlement efforts | 0.60 | $641.00 | $384.60 |
| ZG | 07/13/2023 | Telephone report with Judge Barrett; Prepare email to A. Mitchell and D. Schofield re: same; Review file and Pacer entries. | 2.10 | $641.00 | $1,346.10 |
| ZG | 08/02/2023 | Receive and review Notice from CMECF re: Termination of all deadlines | 0.10 | $641.00 | $64.10 |
| ZG | 08/03/2023 | Receive and review email from E. Gildenblatt re: Conference call with J. Barrett. Telephone call with Judge Barrett re: Settlement issues; Review docket and emails for status; Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: progress and options. | 1.30 | $641.00 | $833.30 |
| ZG | 09/20/2023 | Receive and review Notice from CM/ECF re: Notice Terminating Deadlines/Hearings; Telephone call with C. Wiest re: same | 0.40 | $641.00 | $256.40 |
| ZG | 11/09/2023 | Receive and review Notice from CM/ECF re: Notice of Withdrawal by L. Creditt-Mai | 0.10 | $641.00 | $64.10 |
| ZG | 02/05/2024 | Receive and review Notice from CM/ECF re: Notice of Appearance by K. Baron. | 0.10 | $641.00 | $64.10 |
| ZG | 02/13/2024 | Receive and review email from K. Baron re: Offer of Judgment; Telephone call with Lt. A. Mitchell and Lt. D. Schofield re: offer of judgment; Review Clerk of Courts information regarding Case No. A8704567 and recent pleadings. | 1.20 | $641.00 | $769.20 |
| | | | **Services Subtotal** | | **$87,111.90** |

## Expenses

| Type | Date | Description | Quantity | Cost | Total |
|---|---|---|---|---|---|
| Expense | 09/30/2021 | Cost Advance: Legal Tenders - Invoice 13598 (See attached) | 1.00 | $140.00 | $140.00 |
| Expense | 10/20/2021 | Cost Advance: Litigation Support Services - Invoice 94968/Deposition of Teresa Theetge | 1.00 | $800.60 | $800.60 |
| Expense | 10/22/2021 | Cost Advance: Litigation Support Services - Invoice 42810/Deposition of Eliot Isaac | 1.00 | $1,234.20 | $1,234.20 |
| Expense | 01/20/2022 | Cost Advance: Professional Reporting Service | 1.00 | $332.50 | $332.50 |
| | | | **Expenses Subtotal** | | **$2,507.30** |
| | | | | **Subtotal** | **$89,619.20** |
| | | | | **Total** | **$89,619.20** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 657 | 04/12/2024 | $89,619.20 | $0.00 | $89,619.20 |

|  |  |
|---|---|
| **Outstanding Balance** | **$89,619.20** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$89,619.20** |

Please make all amounts payable to Zachary Gottesman, Esq.

Payment is due upon receipt.