IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – at Cincinnati

| | | |
|---|---|---|
| ANDREW MITCHELL, et. al. | : | Case No. 1:21-cv-00626-MRB |
|     Plaintiffs | : | |
| v. | : | |
| CITY OF CINCINNATI, et. al. | : | |
|     Defendants | : | |

## DECLARATION OF ROBERT THUMANN IN SUPPORT OF MOTION FOR ATTORNEY FEES

Pursuant to 28 U.S.C. §1746, I, Robert Thumann, make the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Robert Thumann, and I am, and have been, one of the Counsel for Plaintiffs, in relation to the above captioned matter.

2. I received my undergraduate degree from the University of Cincinnati in 1995 and my law degree from the Northern Kentucky University in 2002. I was admitted to practice law in Ohio in November, 2002, and Kentucky in April, 2004, and have actively practiced law in Ohio from 2002 to the present, and in Kentucky from 2004 to the present.

3. I am a member in good standing of the Kentucky and Ohio bar. I am also licensed to practice law in the United States District Courts for the Eastern District of Kentucky and the Southern District of Ohio and the United States Court of Appeals for the Sixth Circuit.

1

4. From 2002 to 2011, I practiced law with two large law firms in the Cincinnati area. In 2011, I was the cofounder of the Crehan & Thumann, LLC law office and have maintained the firm in Cincinnati since that time.

5. Lynne Longtin is an attorney licensed in Ohio in good standing and was affiliated with my law firm from 2016 to 2022.

6. Ms. Longtin received her law degree from the University of Cincinnati. She was admitted to practice law in Ohio in November of 1999 and has maintained an active practice to the present.

7. Ms. Longtin is also licensed to practice law in the United States District Court for the Southern District of Ohio and the United States Court of Appeals for the Sixth Circuit.

8. Prior to her affiliation with Crehan & Thumann, LLC, Ms. Longtin practiced with two large law firms in Cincinnati.

9. The hours requested in the fee application for Ms. Longtin and me have been necessarily expended.

10. The fees requested comport with and are reasonable in light of the factors contained in the Ohio Rules of Professional Conduct 1.5 insofar as they accurately reflect the time and labor required in the prosecution of this matter, the difficulty of the questions involved, the skill required to perform the work properly, comport with the fees charged by others for similar legal services, and are appropriate in light of the results obtained.

11. Throughout our careers, Ms. Longtin and I have handled a significant number of constitutional matters in the Ohio and federal courts.

12. As a consequence of the foregoing experience, Plaintiffs hired me and my firm to be their counsel in this matter.

13. In my current practice, I charge clients on a case-by-case basis, depending on the complexity, forum, and difficulty of the litigation.

14. The rate contained in the engagement agreement with Plaintiffs in this matter is consistent with the *Rubin* rates typically approved in this district.

15. The attorneys in this matter are seeking hourly rates in accordance with the matrix established by a committee established by Judge Rubin (known as the *Rubin* rates), which have been repeatedly affirmed by judges in this District.[1] As the Sixth Circuit has explained it, the *Rubin* Committee rates are "a list of pre-calculated billing rates tiered by years of experience" to determine a reasonable rate for the area. *Linneman v. Vita-Mix Corp.*, 970 F.3d 621, 630 (6th Cir. 2020). These rates are adjusted with a 4% per year cost of living adjustment from a base 1983 matrix. *QFS Transp., LLC*, 2023 U.S. Dist. LEXIS 61982; *Hunter*, No. 1:10-cv-820, 2013 U.S. Dist. LEXIS 141297, 2013 WL 5467751, at *17.

16. The hourly rate for both Lynne Longtin and me under the *Rubin* matrix is $640.81.

17. It is my opinion, given my experience, circumstances, the work performed, and similar factors, that the prevailing market rates, for civil rights litigation in federal court, in the

---

[1] *QFS Transp., LLC v. Huguely*, 2023 U.S. Dist. LEXIS 61982 (SDOH 2023); *Cooley v. Aevum Hotels, LLC*, No. 1:21-cv-00798, 2022 U.S. Dist. LEXIS 137958, 2022 WL 3042590, at *6 (S.D. Ohio Aug. 2, 2022); *Planned Parenthood Sw. Ohio Region v. Ohio Dep't of Health*, No. 1:21-cv-00189 (S.D. Ohio Apr. 8, 2021) (Doc. 22)7; *Ball v. Kasich*, No. 2:16-cv-282, 2020 U.S. Dist. LEXIS 100265, 2020 WL 3050241, at *2 (S.D. Ohio June 8, 2020); *Doe v. Ohio*, No. 2:91-cv-00464, 2020 U.S. Dist. LEXIS 24826, 2020 WL 728276, at *10 (S.D. Ohio Feb. 12, 2020); *Gibson v. Forest Hills Sch. Dist. Bd. of Educ.*, No. 1:11-cv-329, 2014 U.S. Dist. LEXIS 96112, 2014 WL 3530708, at *6 (S.D. Ohio July 15, 2014); *Hunter v. Hamilton Cty. Bd. of Elections*, No. 1:10-cv-820, 2013 U.S. Dist. LEXIS 141297, 2013 WL 5467751, at *17 (S.D. Ohio Sept. 30, 2013); *Georgia-Pacific LLC v. Am. Int'l Specialty Lines Ins. Co.*, 278 F.R.D. 187, 192 (S.D. Ohio 2010) (*citing West v. AK Steel Corp. Retirement Accumulation Pension Plan*, 657 F. Supp. 2d 914, 932 n.4 (S.D. Ohio 2009)).

Southern District of Ohio, where this matter was filed, for an attorney with the experience and full circumstances of Ms. Longtin and me is $640.81 per hour, using the well-established Rubin rates.

18. I likewise exercised billing judgment at the time the work was recorded. For instance, I did not record every short assignment or phone call. I have reviewed each time entry and made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary. Thus, compensation is not sought for all the work performed. All time is entered on the case contemporaneous with the work that was performed.

19. I also want to mention that this matter was litigated in a reasonable way.

20. Attached as **Exhibit A**, hereto, is a complete copy of time entries and bills for the above captioned matter in the District Court and Sixth Circuit. On the invoice, Ms. Longtin is identified as LML and I am identified as RJT.

21. These invoices contain time and expenses through September 29, 2022.

22. In total, the attached invoice reflects total hours spent in this matter of 41.4 hours. Thus, total attorney fee time at $640.81 per hour is $26,529.53 which is reasonable and appropriate for this matter.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on  4/11/24  .

Robert J. Thumann

4



**CREHAN & THUMANN, LLC**
404 East 12th Street, Second Floor
Cincinnati, OH  45202 US
(513) 381-5050
thumann@ctlawcincinnati.com
http://CTLawCincinnati.com

| BILL TO |
| --- |
| Mitchell<br>c/o Gottesman & Associates, LLC<br>404 East 12th Street, First Floor<br>Cincinnati, Ohio 45202-7463 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 3299 | 03/25/2024 | $26,529.53 | | Due on receipt | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/07/2021 | RJT:  Telephone with the court and all counsel for case management. Worked with Mr. Gottesman and Mr. Wiest for case strategy | 10.50 | 640.81 | 6,728.51 |
| 10/08/2021 | RJT:  Correspondence with all counsel and the court throughout day RE: scheduling of hearing and expedited discovery | 0.40 | 640.81 | 256.32 |
| 10/12/2021 | RJT:  Correspondence with all counsel throughout day RE: depositions. Work in preparation for deposition | 1 | 640.81 | 640.81 |
| 10/19/2021 | RJT:  Worked with Mr. Gottesman in preparation for deposition. Receive email and telephone with counsel for officer Norris. Prepare for and attend deposition of Chief Issacs | 4.40 | 640.81 | 2,819.56 |
| 10/20/2021 | RJT:  Worked with Mr. Gottesman and prepared for deposition of Lt. Col. Theetge. Attend deposition of Lt. Col Theetge | 4.60 | 640.81 | 2,947.73 |
| 10/22/2021 | RJT:  Telephone with the court and all counsel for scheduling of the preliminary injunction hearing. Worked with Mr. Gottesman throughout day in preparation for hearing | 1.20 | 640.81 | 768.97 |
| 10/26/2021 | RJT:  Receive and review Motion to in intervene filed by Brian Norris. Telephone with Attorney Bailey. Prepare for preliminary injunction hearing | 1.30 | 640.81 | 833.05 |
| 10/27/2021 | RJT:  Prepare for then attend preliminary injunction hearing | 4.80 | 640.81 | 3,075.89 |
| 11/05/2021 | RJT:  Final review of finding of facts and conclusions of law. Receive and review the same from the city | 1.20 | 640.81 | 768.97 |
| 11/14/2021 | RJT:  Receive and review analysis of decision denying motion for preliminary injunction | 0.50 | 640.81 | 320.41 |
| 11/14/2021 | RJT:  Analysis of appeal issues | 1.20 | 640.81 | 768.97 |
| 11/15/2021 | RJT:  Receive and review decision denying emergency motions for injunction pending appeal. Analysis with co-counsel | 0.60 | 640.81 | 384.49 |
| 04/16/2022 | LML: Review underlying briefs to assist with edits on reply brief; Revise and edit brief, pps. 1-17 | 2 | 640.81 | 1,281.62 |
| 04/17/2022 | LML: Additional work on revision and edit of briefs; further review of Gizelle case and research applicability of case in injunction context | 2.10 | 640.81 | 1,345.70 |
| 04/18/2022 | LML:Further work on brief; continued revision and edits; research cases law on concrete injury and constitutional harm | 5 | 640.81 | 3,204.05 |
| 09/20/2022 | RJT:  Receive and review correspondence from Mr. Bailey RE: initial disclosures. Receive and review correspondence from Court RE: report | 0.30 | 640.81 | 192.24 |
| 09/29/2022 | RJT:  Receive and review decision from 6th Circuit | 0.30 | 640.81 | 192.24 |

-                                                                                                                                                     EXHIBIT A

Thank you for your business.

BALANCE DUE  **$26,529.53**

-